**Order entered November 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01126-CV

## BRIGETTA HOMES, LLC D/B/A BEAUTIFUL HOMES BY BRIGETTA, Appellant

### V.

## ERHARD HERMUS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14449**

## ORDER

The reporter's record in this case is past due. By postcard dated October 16, 2018, we notified Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. By letter dated October 22, 2018, Ms. Reagor informed the Court she had not received a request to prepare the reporter's record. The Court sent a notice to appellant regarding the reporter's record and in response appellant filed a letter informing the Court it had requested the reporter's record on October 29, 2018. By letter dated November 15, 2018, appellant informed the Court that counsel had attempted to contact Ms. Reagor by telephone "numerous times" regarding payment for the reporter's record, but had been unable to speak with Ms. Reagor regarding the cost of the reporter's record. The next day, appellant notified the Court that Ms. Reagor contacted appellant

and informed appellant she would prepare the record and provide appellant with payment information.

Accordingly, we **ORDER** Ms. Reagor to file either (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record within **THIRTY DAYS** of the date of this order. *We notify appellant that if we receive verification it has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order to:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antoinette Reagor
Official Court Reporter
68th Judicial District Court

All parties

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE